

11/13/2009 Granted, the motion for relief from stay (#38) having been withdrawn, hearing assignment of Nov. 19, 2009 is vacated.

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| IN RE:<br>Nancy M. Stankiewicz<br><br>Debtors | )<br>)<br>)<br>) | CHAPTER 13<br>CASE NO. 08-16533 |
|---|---|---|

**MOTION TO WITHDRAW U.S. BANK'S MOTION FOR RELIEF AND TO CANCEL HEARING ON MOTION FOR RELIEF
SCHEDULED FOR NOVEMBER 19, 2009 AT 9:30 AM**

U.S. Bank National Association as Trustee under Securitization Servicing Agreement Dated as of December 1, 2005, Structured Asset Securities Corporation Structured Asset Investment Loan Trust Mortgage Pass Through Certificates, Series 2005-11, assignee and successor in interest to Ameriquest Mortgage Company ("U.S. Bank"), by and through its counsel, hereby moves to withdraw U.S. Bank's Motion for Relief from Stay and request that the nonevidentiary hearing currently scheduled for November 19, 2009 be cancelled and removed from the Court's docket.

WHEREFORE, based on the foregoing, U.S. Bank prays that the respectfully requests that this Court grant its motion; and for all other relief as is deemed just.

Dated: November 13, 2009

Respectfully Submitted,
U.S. Bank,
By and through its attorneys,


/s/ Reneau J. Longoria
Doonan, Graves & Longoria, LLC
Reneau J. Longoria, Esq. (BBO-635118)
Erin P. Severini, Esq. (BBO-654644)
100 Cummings Center, Suite 225D
Beverly, MA 01915
Tel. (978) 921-2670

es@dgandl.com